UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STANFORD, | 1:05-cv-01130-REC-LJO-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 7) |
| vs. | |
| W.J. SULLIVAN, et al., | **ORDER DISMISSING ACTION FOR FAILURE TO OBEY A COURT ORDER** |
| Defendants. / | |

 Plaintiff Michael Stanford ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

 On December 14, 2005, the Magistrate Judge filed a Findings and Recommendation herein which was served on plaintiff and which contained notice to plaintiff that an objection to the Findings and Recommendation, if any, was to be filed within thirty (30) days. To date, plaintiff has not filed an objection to the Magistrate Judge's Findings and Recommendation.

 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of

1

this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.   The Findings and Recommendation, filed December 14, 2005, is ADOPTED IN FULL; and,

2.   This action is DISMISSED, without prejudice, based on plaintiff's failure to obey the court's order of October 3, 2005.

3.   Judgment for defendants to be entered.

IT IS SO ORDERED.

**Dated:  January 27, 2006**              /s/ Robert E. Coyle
668554                                 UNITED STATES DISTRICT JUDGE